UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MICHAEL HALL,

                        Plaintiff,

    -against-

THE CITY OF NEW YORK *et al.*,

                        Defendants.
------------------------------------------------------------------- x

ORDER

22-CV-5738 (AMD)(MMH)

**MARCIA M. HENRY**, United States Magistrate Judge:

      This *pro se* action under 42 U.S.C. § 1983 has been referred to the undersigned United States Magistrate Judge for pretrial supervision.

      Pursuant to the Court's February 22, 2023 *Valentin* Order and the Court's April 7, 2023 Order, Corporation Counsel of the City of New York have identified the full names and service addresses of Doe Defendants #3, 4, 6, 8, and 9 who were allegedly involved in the events on September 23, 2021 as described in the Amended Complaint. (ECF No. 18 at 1, 2.) The Amended Complaint at ECF No. 5 is deemed amended to reflect the full names of these identified defendants. The Clerk of Court is respectfully directed to amend the docket to reflect the names of Doe Defendants #3, 4, 6, 8, and 9 identified in ECF No. 18; to issue summonses as to each of these Doe Defendants; and to transmit the summonses to the U.S. Marshals Service by **July 14, 2023**. The U.S. Marshals Service is respectfully directed to serve the summonses on the identified Defendants.

      By letters dated May 22, 2023 and June 5, 2023, Corporation Counsel requests additional time to identify John Does #1 and 2 in response to the Court's February 22, 2023 *Valentin* Order. This request is **granted**. Corporation Counsel shall respond to the Court's *Valentin* Order by **July 21, 2023**.

      Corporation Counsel also requests relief from its obligation to identify Doe Defendant #8. This request is **denied as moot** because as noted, Doe Defendant #8 has already been identified. (ECF No. 18 at 2.)

      Finally, Corporation Counsel requests an order to compel *pro se* Plaintiff to provide Defendants with a duly executed release for medical records for the dates of September 23, 2021 through September 27, 2021. (ECF Nos. 16, 18.) *Pro se* Plaintiff opposes the request in

letters dated June 2, 2023 and June 9, 2023. (ECF Nos. 17, 19.)  This request is **denied without prejudice** as premature at this time.  If *pro se* Plaintiff has access to the medical records, he shall provide them to Corporation Counsel.

      The Clerk of Court is respectfully directed to mail a copy of this Order and a summary of the docket to *pro se* Plaintiff at the address of record on the docket.

**SO ORDERED.**

Brooklyn, New York
July 5, 2023

                                /s/Marcia M. Henry
                                MARCIA M. HENRY
                                United States Magistrate Judge